UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Findling, as assignee for the benefit of creditors of Michigan Commercial Credit, LLC, the Assignee of Sterling Commercial Credit,<br><br>Plaintiff,<br><br>v.<br><br>Maimonides Medical Center,<br><br>Defendant. | Civil Action No. CV-12-0565<br><br>Wexler, J.<br><br>Lindsay, M.<br><br>**NOTICE OF APPEARANCE** |

To The Clerk of the District Court:

Kindly enter my appearance as counsel in this case for Defendant Maimonides Medical Center.

I certify that I am admitted to practice in this court.

Dated: May 4, 2012

By: /s/ Kevin J. Connolly
Kevin J. Connolly

ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000
Facsimile: 212-278-1733

Attorneys for Defendant
Maimonides Medical Center

NYDOCS1-959037.1